IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
_____ DIVISION

## QUESTIONNAIRE FOR PRISONERS PROCEEDING PRO SE UNDER 42 U.S.C. §1983

James Lamar Pettis Jr.
8945

(GIVE FULL NAME AND PRISON NUMBER OF EACH PLAINTIFF):

**Plaintiff(s)**

VS.

CIVIL ACTION NO. 1:02-CV-159-3

Al Willis, Betty Coulter, Whitfield R Forrester, Duane Massey, John Mary Ann Sanders, John C. Pridgin, Dennis D. Fachine, John Sherrer

(NAME OF EACH DEFENDANT)

**Defendant(s)**

## I. GENERAL INFORMATION

1. Your full name and prison number James Lamar Pettis Jr 8945

2. Name and location of prison where you are now confined Dooly County Justice Center P.O. Box 96 Pinehurst, GA 31070

3. Sentence you are now serving (how long?) 4 ½ years

   (a) What were you convicted of? probation violation

   (b) Name and location of court which imposed sentence Superior Court - Dooly Co., Dooly County Justice Center P.O Box 96 Pinehurst, GA 31070

   (c) When was sentence imposed? 8-14-2002

   (d) Did you appeal your sentence and/or conviction?  ☐ Yes  ☒ No

   (e) What was the result of your appeal? _____

   (f) Approximate date your sentence will be completed 1-31-2007

2

## II. PREVIOUS LAWSUITS

4. Other than the appeal of your conviction or sentence, have you ever submitted a lawsuit for filing in <u>any</u> federal or state court dealing with the <u>SAME</u> <u>FACTS</u> involved in this lawsuit or otherwise related to your imprisonment?   ☐ Yes   ☒ No

5. If your answer to question 4. is "Yes," list that lawsuit below, giving the following information: (IF YOU HAVE FILED MORE THAN ONE LAWSUIT, LIST OTHER LAWSUITS ON A SEPARATE SHEET OF PAPER, GIVING THE SAME INFORMATION FOR EACH)

   (a) Parties to the previous lawsuit:

   **Plaintiff(s):** _____

   _____

   **Defendant(s):** _____

   _____

   (b) **Name of Court:** _____

   (c) **Docket Number:** _____ When did you file this lawsuit? _____

   (d) **Name of judge assigned to case:** _____

   (e) Is this case still pending   ☐ Yes   ☐ No

   (f) If your answer to (e) is "No," when was it disposed of and what were the results? (DID YOU WIN? WAS THE CASE DISMISSED? DID YOU APPEAL?)

   _____

   _____

## III. PRESENT CONFINEMENT

6. Where are you <u>now</u> confined? _Dooly Co. Justice Center_

   (a) How long have you been at this institution? _Since 5/13/02_

   (b) Does this institution have a grievance procedure?   ☒ Yes   ☐ No

   (c) If your answer to question 6(b) is "Yes," answer the following:

   (1) Did you present your complaint(s) herein to the institution as a grievance?
      ☒ Yes   ☐ No

   (2) What was the result? _No reply._

   _____

   _____

   (d) What, if anything, have you done to bring your complaint(s) to the attention of prison officials? Give dates and places and the names of persons talked to.

   _Write numerous letters to attorney and judge and filed numerous grievances. I have not recieved a reply_

7. In what other institutions have you been confined? Give dates of entry and exit.

Alto State Prison, Habersham Released 7-27-79

## IV. PARTIES TO THIS LAWSUIT

8. List the name and address of <u>each</u> plaintiff in this lawsuit.

James Lamar Pettis Jr., P.O. Box 96, Pinehurst, GA 31070

9. List the full name, the official position, and the place of employment of each defendant in this lawsuit. (ATTACH ADDITIONAL PAGES IF NECESSARY)

Duane Massey #230 State Patrol, G.S.P. Cordele, Ga 31010.
Denise D. Fachini, District Attorney, District Attorneys Office P.O. Box 5510, Cordele GA 31010
Betty Coulter, Superior Court Clerk, Dooly Co. Superior Court Clerk, 104 Second St, Room 12, P.O. Box 326, Vienna, Ga 31092-0326

## V. STATEMENT OF CLAIM

10. In the space hereafter provided, and on separate sheets of paper, if necessary, set forth your claims and contentions against the defendant(s) you have named herein. Tell the court <u>WHAT</u> you contend happened to you, <u>WHEN</u> the incident(s) you complain about occurred, <u>WHERE</u> the incident(s) took place, <u>HOW</u> your constitutional rights were violated, and <u>WHO</u> violated them? Describe how <u>each</u> defendant was involved, including the names of other persons who were also involved. If you have more than one claim, number and set forth each claim SEPARATELY.

   Do not give any legal argument or cite any cases or statutes at this time; if such is needed at a later time, the court will advise you of this and will afford you sufficient time to make such arguments. KEEP IN MIND THAT RULE 8 OF THE *FEDERAL RULES OF CIVIL PROCEDURE* <u>REQUIRES</u> THAT PLEADINGS BE <u>SIMPLE</u>, <u>CONCISE</u>, AND <u>DIRECT</u>! If the court needs additional information from you, you will be notified.

## STATEMENT OF CLAIM (CONTINUED)

Where did the incident you are complaining about occur?  That is, at what institution or institutions? Dooly Co. Justice Center

When do you allege this incident took place? 5-13-02 till present

What happened? #(1.) I "James Lamar Pettis" was taken to my first apperance on or about May 15, 02, in front of magistrate AL Willis, I was asked if I would sign a waiver of my preliminary hearing. I refused to sign this waiver, however I did not recieve my preliminary hearing. I was denied due process. The people responsible for this are: Mary Ann Sauders, Al Willis, John Sherrer, Denise Fachini, Whitfield R. Forrester, John C. Pridgen, & Betty Colter. All of the above named people are responsible for seeing that all the paper work is filed correctly & that I recieve this hearing

#(2.) Also, on or about May 15, 02 in front of magistrate Al Willis magistrate, at my first apperance. I was not given a bond on the following charges. Indictment #02DR-0112 Count (1) O.C.G.A 40-6-270 Failure to stop & return to scene of accident. Count #(2) O.C.G.A. 40-6-394 serious injury by vehicle. Count (3) O.C.G.A. 40-6-391 D.U.I. Count (4) O.C.G.A. 40-5-58 Habitual Violator. Count (5) O.C.G.A 40-6-391 Endangering a child by driving under the influence. Count (6) O.C.G.A 40-6-10 No proof of insurance. The arresting officer is Duane Massey, also included is Mary Ann Sauders, John Sherrer, Denise Fachini, Whitfield R. Forrester, John C. Pridgen, Betty Colter. Again I was denied due process, denied bond & subjected to cruel & unusual punishment. All of the above named people are responsible for setting bond or seeing that the paperwork is filed correctly.

Claim #(3) I "James Lamar Pettis" have been confined in the Dooly Co. Justice Center for approximately 60 days with no determination of probable cause. "Arrested May 15, 02

Continuation of Section 4

Al Willis, Magistrate. Magistrates Office
P.O. Box 336, Vienna, Ga 31092
Mary Ann Sanders, Chief Magistrate
magistrates office, P.O. Box 336 Vienna, Ga 31092
John Sherrer, Attorney at Law. P.O. Box 277
Vienna Ga 31092
Judge Whitfield R. Forrester, Crisp Co.
Courthouse, 8th Judicial Administrative
Cordele, Ga 31015, Crisp County Courthouse
P.O. Box 761, Cordele, Ga 31010-0701
John C. Pridgen, Judge Superior Courts
Cordele, Judicial Circuit, P.O. Box 5025
Cordele, Ga 31010-5025

Continuation of section #10

+indicted July 15, 02. The plaintiff did not recieve any kind of probable cause determination. The plaintiff was denied due process + subjected to illegal arrest, illegal confinement, + malicious prosecution. The people responsible are. Mary Ann Sanders, AL Willis, John Sherrer, Duane Massey, Denise Fachini, Whitfield M Forrester, John C. Pridgen, Betty Colter. These people are responsible for seeing that all paper work is filed correctly + all hearings are held.

Claim #4. The plaintiffs attorney John Sherrer is ineffective. If plaintiffs attorney would have made minimal inquiries into plaintiffs case he would have seen that the plaintiff did not get a bond set on the above named charges or that the plaintiff did not recieve his preliminary hearing. The plaintiff sent numerous letters to Mr. Sherrer + recieved no response. Therefore the plaintiff was denied effective counsel as guaranteed in the constitution.

Claim #5. For all the reasons stated above the plaintiff states that he is being maliciously prosecuted + all of the above named people are responsible for this.

The plaintiff wants to thank the courts for their time in this matter.

11. List the name and address of every person you believe was a witness to the incident(s) you complain about, BRIEFLY stating what you believe each person knows from having seen or heard what happened. (USE ADDITIONAL SHEETS, IF NECESSARY)

_____
_____
_____
_____

12. BRIEFLY state exactly what you want the court to do for you. That is, what kind of relief are you seeking in this lawsuit? Do not make any legal arguments and do not cite any cases or statutes! (USE ADDITIONAL SHEETS, IF NECESSARY)

I would like the courts to reimburse me for Lost wages, $10,000.00 dollars pain and suffering also the $150.00 dollars filing fee and any possible attorney fees

13. You may attach additional pages if you wish to make any legal argument. However, legal arguments are NOT required in order for you to obtain relief under §1983. If the court desires legal argument from you, it will request it. If any defendant presents a legal argument, you <u>will</u> be afforded an opportunity to respond thereto.

14. KEEP IN MIND THAT ONCE YOUR LAWSUIT IS FILED, THE COURT WILL REQUIRE YOU TO <u>DILIGENTLY</u> PROSECUTE IT. That means that you will be required to go forward with your case without delay. Thus, if you fail to adequately prepare your case <u>before</u> you file it, you may find your lawsuit dismissed for failure to prosecute if you take no action once it is filed. YOU WILL RECEIVE NO FURTHER INSTRUCTIONS FROM THE COURT TELLING YOU WHAT TO DO OR HOW TO DO IT! IT IS YOUR RESPONSIBILITY AND YOURS ALONE TO PROSECUTE YOUR OWN CASE! If you fail to prosecute your case, it will be dismissed under Rule 41 of the *Federal Rules of Civil Procedure.*

Signed this 23 day of September, 20 02.

James Lance Pettus Jr.
PLAINTIFF