IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

Filed at 4:45 P M
April 23, 20 03
Kathy Ellerbee
DEPUTY CLERK, U. S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

JAMES LAMAR PETTIS, JR.,                    :

       Plaintiff,                            :

                        :    CIVIL ACTION NUMBER

VS.                                           :    1:02-CV-159-3(WLS)

AL WILLIS, BETTY COULTER,                    :
JOHN C. PRIDGEN, WHITFIELD R.                :
FORRESTER, DENISE D. FACHINI,                :
DUANE MASSEY, JOHN SHERRER,                  :
and MARY ANN SANDERS,                        :

       Defendants.                           :

## J U D G M E N T

Pursuant to this court's Order dated April 22, 2003, and for the reasons

stated  therein, JUDGMENT is hereby entered.

This 23rd day of April, 2003.

GREGORY J. LEONARD, CLERK

ENTERED ON DOCKET
April 24, 20 03
Gregory J. Leonard, Clerk
Kathy Ellerbee
Deputy Clerk

BY: Kathy Ellerbee
Deputy Clerk